# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | Master Docket No.: 2:18-mn-2873-RMG<br><br>**This document relates to:**<br>See Exhibit A Attached Hereto |

## STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs in the actions identified in Exhibit A attached hereto and Defendants Tyco Fire Products LP ("Tyco"), Chemguard, Inc. ("Chemguard"), and ChemDesign Products, Inc. ("ChemDesign") hereby stipulate and agree to a dismissal with prejudice of all Plaintiffs' Claims against Tyco, Chemguard, ChemDesign, and any other Released Parties[1] in the actions identified in Exhibit A pursuant to Plaintiffs' decision to participate in the Settlement Agreement Between Public Water Systems and Tyco dated April 12, 2024 (the "Settlement Agreement"), which received final approval on November 22, 2024, from the Court overseeing *In Re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL No. 2:18-mn-2873 (D.S.C.).

Each party shall bear its own costs.

---

[1] Unless otherwise indicated, all capitalized terms in this motion have the meaning given to them in the Settlement Agreement.

1

Dated: May 22, 2025                                    Respectfully submitted,

/s/ Tate J. Kunkle                                     /s/ David E. Dukes
 Gary J. Douglas                                        David E. Dukes
 Michael A. London                                      Nelson Mullins Riley & Scarborough LLP
 Rebecca G. Newman                                      1320 Main Street / 17th Floor
 Tate J. Kunkle                                         Post Office Box 11070 (29211-1070)
 DOUGLAS & LONDON, P.C.                                 Columbia, SC 29201
 59 Maiden Ln, 6th Fl                                   (803) 799-2000
 New York, NY 10038                                     david.dukes@nelsonmullins.com
 Telephone: (212) 566-7500
 gdouglas@douglasandlondon.com                          /s/ Liam J. Montgomery
 mlondon@douglasandlondon.com                           Liam J. Montgomery
 rnewman@douglasandlondon.com                           WILLIAMS & CONNOLLY LLP
 tkunkle@douglasandlondon.com                           680 Maine Ave SW
                                                        Washington, DC 20024
 *Counsel for Plaintiffs Listed on Exhibit*             (202) 434-5000
 *A*                                                    lmontgomery@wc.com

                                                        *Counsel for Defendants Tyco Fire Products LP*
                                                        *and Chemguard, Inc.*


                                                         /s/ Jonathan B. Blakley
                                                         Jonathan B. Blakley
                                                         Gordon Rees Scully Mansukhani
                                                         One North Wacker, Suite 1600
                                                         Chicago, IL 60606
                                                         (312) 619-4915
                                                         jblakley@grsm.com

                                                         *Counsel for ChemDesign Products Inc.*